MAY 13, 1974

No. 73–90. SHELTON v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. Affirmed on appeal from D. C. W. D. Wash.

No. 73–865. MORGAN DRIVE AWAY, INC. v. UNITED STATES ET AL. Affirmed on appeal from D. C. N. D. Okla.

No. 73–1273. FLORIDA TEXAS FREIGHT, INC. v. UNITED STATES ET AL. Affirmed on appeal from D. C. S. D. Fla.

No. 72–1173. INTERNATIONAL BUSINESS MACHINES CORP. v. UNITED STATES. Appeal from D. C. S. D. N. Y. dismissed for want of jurisdiction. MR. JUSTICE DOUGLAS would postpone jurisdiction to a hearing of case on the merits. MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL took no part in the consideration or decision of this case.

No. 73–1066. CRAVATH, SWAINE & MOORE v. UNITED STATES. Appeal from D. C. S. D. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. Motion to treat jurisdictional statement as a motion for leave to file petition for writ of mandamus and/or certiorari denied. MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL took no part in the consideration or decision of this case and motion.

No. 73–1130. LILLY v. LILLY. Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.

No. 73–1419. STUART v. STUART. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.